# EXHIBIT A

**Experts In Home Health Management, Inc.**
**"Our Name Says It All"**
19148 East 10 Mile Road, Eastpointe, MI 48021
**1 800 HOMECARE, 800 768 4663, 586 585 0201**
Fax: 586 585 0209 & 2420



**Date: 4/27/2023**

**To whom it may concern,**

**Ibriham Sammur, RN**

**Mr Sammur, registered nurse will be working in the field for Experts in home health management. Mr Sammur, has nursing skills to provide care for patients at home. Mr Sammur will not be submitting or controlling billing for Medicare. Expert's office staff (administration) will be doing the billing for all Medicare patients.**

**Sarah Daniels**
**Clinical Manager**
**sdaniels@exhcc.com**

Confidentiality Notice:
The information contained in this facsimile may be from records whose confidentiality is protected by Federal and/or State laws. Federal regulation (43 CPR Part) and State laws (Public Act 258., Chapter 7, Section 748) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains or as otherwise permitted by such regulations. This information is intended -only for the use of the individual or entity named above. If you are not the intended recipient or the agent or employee responsible to deliver it to the recipient, you are hereby notified that reading. Disseminating, disclosing, distributing, and copying. Acting upon or otherwise using the information contained in this facsimile is strictly prohibited and may be subject to legal sanctions. If you have received this facsimile in error, please notify us immediately by telephone to arrange for the return or destruction of information and all copies.

If any of the fax copies are illegible, or you do not receive the same number of pages as stated. please contact us immediately at: (586) 585 0201.