UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,
v.
                                      Case No. 23-20062
                                      Honorable Victoria A. Roberts
IBRAHIM SAMMOUR, D-5.,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO PERMIT HIM TO WORK AS A REGISTERED NURSE FOR EXPERTS IN HOME HEALTH MANAGEMENT, INC. WHILE ON BOND

Ibrahim Sammour is a registered nurse ("RN") charged by indictment with one Count of conspiracy to commit health care fraud. He is released on bond and subject to several conditions. Among them is the requirement that Pretrial Services approve any employment after consultation with the Government. Sammour is also barred from involvement in any type of direct billing.

Sammour wants to work as a RN for Experts in Home Health Management, Inc ("Experts Inc."). As a RN, he would not be involved in direct billing. He requested approval from Pretrial Services and the Government, but they opposed his request. On May 2, 2023, Sammour filed a motion

1

asking the Court to permit him to work for Experts Inc. The Court declines to do so.

Sammour is not foreclosed from all employment in the medical field. However, because he is accused of defrauding the United States of millions in a home health care billing scheme, any employment in the home health care field is subject to close examination. That examination reveals that Experts Inc. is not a suitable employer. Magistrate Judge Stafford articulated during his bond hearing that any involvement in home health care where Sammour may be "unsupervised and fabricate" is inappropriate. [ECF No. 16 at 17:38]. Expert Inc. is not a large health system. Although it verifies that Sammour's role does not involve direct billing, there is a significant risk that he would be unsupervised and could engage in the same fraudulent behavior alleged in the indictment. The motion is **DENIED**.

**IT IS ORDERED**.

s/ Victoria A. Roberts  
Victoria A. Roberts  
United States District Judge

Dated:  6/13/2023