UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                          Case No. 23-20062
                                          Honorable Victoria A. Roberts

IBRAHIM SAMMOUR, D-5.,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S EMERGENCY MOTION FOR TRAVEL AND SUBSISTENCE AT GOVERNMENT'S EXPENSE [ECF. NO. 117]

Pursuant to the Court's July 19, 2023 Order, [ECF No.112], Ibrahim Sammour must report to Denver Colorado for a psychological evaluation. On August 1, 2023, Sammour filed an emergency motion requesting that the Court order the U.S. Marshal to pay for his transportation, meals, and lodging from trip.

As the attached memo illustrates, the Court does not have the discretion to issue such an order. The motion is **DENIED**; however, Sammour is not left without options.

The Federal Bureau of Prisons ("BOP") is capable of transporting Sammour to and from Colorado for his evaluation. However, BOP needs a

1

few weeks' notice to prepare for this. Sammour can move to extend his surrender date of August 8, 2023, and request transportation through the BOP.

**IT IS ORDERED**.

                                                           s/ Victoria A. Roberts
                                                          Victoria A. Roberts
                                                          United States District Judge

Dated: 8/2/2023